# United States District Court for the Southern District of Iowa

Presiding: Honorable

Criminal No.                                   :                    Clerk's Court Minutes – Initial Appearance

United States of America vs.

| | | |
|---|---|---|
| Gov. Atty(s): | : Indictment | Superseding Indictment     Information |
| Def. Atty(s): | : Complaint | Warrant |
| Court Reporter: | : Code Violation/Offense: | |
| Interpreter: | : | |

Date:                                          :

Time Start:          Time End:              :

## Initial Appearance

Defendant Advised of Rights

Representation:          Appointed FPD          Appointed CJA          Retained Counsel

Next Court Event:          Preliminary          Arraignment          Removal Hearing

          Set for:

## Arraignment

| | | |
|---|---|---|
| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : | True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |

## Custody Status

Government Moved for Detention                    Identity Hearing Set:

Court Ordered Defendant:          Released on Bond          Detained

Minutes:

_____

Deputy Clerk