# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES of AMERICA, | )<br>)<br>) |
| Plaintiff, | )  Case No. 4:21-mj-000120-CFB<br>) |
| vs. | )<br>) |
| | )  **RULE 5 ORDER** |
| Deborah Salvador, | )<br>) |
| Defendant. | )<br>)<br>) |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**IT IS SO ORDERED.**

Date: February 19, 2021

*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge

*Printed name and title*