## IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | * | NO. 4:21-mj-000120-CFB |
| vs. | * | |
| Deborah Sandoval, | * | STATUS REPORT |
| Defendant. | | |

COMES NOW PATRICK H. PAYTON and reports to the Court:

    1. A Waiver of Identity Hearing has been filed.

    2. I have spoke with Anthony D. Martin in Washington D.C. regarding DEBORAH SANDOVAL he will be representing her VIA ZOOM at the U.S Courthouse in the District of Columbia at 1:00p.m. EST February 25, 2021.

*/s/ Patrick H. Payton*
PATRICK H. PAYTON
Iowa Bar Number AT0006192
PATRICK H. PAYTON & ASSOC., P.C.
4685 Merle Hay Rd., Suite 105
Des Moines, Iowa 50322
paytonlawfirm@gmail.com
PHONE: (515) 284-0928
FAX: (515) 284-0929