AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4-21-MJ-000120-CFB |
| | ) | |
| Deborah Sandoval | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1-21-MJ-00242-GMH |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING**

After a hearing in this Court, the Defendant was released from custody. She is ordered to appear in the District of Columbia where the charges are pending to answer those charges.

The Defendant has waived her Identity Hearing (ECF 15); the Identity Hearing set for 11:45AM CST in the Southern District of Iowa is canceled. She may request a Preliminary Hearing in the Charging District.

She remains under the supervision of the U.S. Probation Office, under the terms of release entered February 19, 2021 (ECF 7). She is Ordered to appear in the District of Columbia via Zoom; instructions are available from the Clerk of Court in either District.

| Place: | U.S. District Court for the District of Columbia VIA ZOOM, per instructions of the Clerk of Court | Courtroom No.: as directed by the Clerk of Court |
|---|---|---|
| | | Date and Time: 2/25/2021 1:00 pm |

Date: February 24, 2021

*Judge's signature*

Celeste F. Bremer, U. S. Magistrate Judge
U. S. District Court, Southern District of Iowa

*Printed name and title*